EJK:DMP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12 M 741**

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

STEPHANIE RAMON,

         Defendant.

- - - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE EASTERN
DISTRICT OF WISCONSIN

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

      MIGUELINA GUZMAN, being duly sworn, deposes and says that she is a Deputy United States Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

      Upon information and belief, on or about July 10, 2012, an arrest warrant was issued by the United States District Court for the Eastern District of Wisconsin, commanding the arrest of the defendant STEPHANIE RAMON, for conspiracy to distribute heroin in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

      The source of your deponent's information and the grounds for her belief are as follows:

      1.  On or about July 10, 2012, a grand jury in the Eastern District of Wisconsin returned an indictment against defendant STEPHANIE RAMON. The indictment charged the defendant with conspiracy to distribute and possess with intent to distribute heroin in violation of Title 21, United States Code,

Sections 846, 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2. A copy of the indictment is attached hereto.

2. On or about July 10, 2012, an arrest warrant was issued by the United States District Court for the Eastern District of Wisconsin, commanding the arrest of the defendant STEPHANIE RAMON, for conspiracy to distribute heroin in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2. A copy of the arrest warrant is attached hereto.

3. On or about August 7, 2012, the defendant STEPHANIE RAMON arrived at John F. Kennedy International Airport ("JFK Airport") on a flight from Morocco. Customs and Border Protection ("CBP") officers, who were aware of the active arrest warrant, checked identification and passport documents of individuals disembarking from the flight. CBP officers identified the defendant STEPHANIE RAMON from the identification and passport that she presented upon her arrival into the United States. In addition, RAMON appeared to be the same person as depicted in a photograph that had been provided to CBP in advance of RAMON's arrival. CBP officers detained RAMON until she was taken into custody by deputy United States marshals.

4. I spoke with the defendant STEPHANIE RAMON this morning. She provided her name, address, and social security number, which matched information that the U.S. Marshals Service received from law enforcement officers in Wisconsin concerning

the individual who was the subject of the arrest warrant. In addition, RAMON was processed and fingerprinted in the Eastern District of New York. Her fingerprints were a match to fingerprints associated with the arrest warrant in the FBI fingerprint database.

5. It is the desire of the United States Attorney for the Eastern District of Wisconsin that the defendant STEPHANIE RAMON be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant STEPHANIE RAMON be removed to the Eastern District of Wisconsin so that she may be dealt with according to law.

MIGUELINA GUZMAN
Deputy United States Marshal

Sworn to before me this
8th day of August, 2012

| THE | :S ORENSTEIN |
| UNI' | :STRATE JUDGE |
| EAS' | )F NEW YORK |

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

████████████████████████
ALLEN W. MOTLEY a.k.a. Allen W. Traywick-Motley, and
STEPHANIE RAMON,

        Defendants.

Case No. 12-CR-137 (LSA)

21 U.S.C. §§ 841(a)(1),
(b)(1)(A) & (C), and 846;
18 U.S.C. § 2, 922(g)(1) and 924(e)(1)

---

# INDICTMENT

---

## COUNT ONE

**THE GRAND JURY CHARGES:**

1. Beginning in or about 2010, and continuing until in or about 2012, in the State and Eastern District of Wisconsin, and elsewhere,

████████████████████████

knowingly and intentionally conspired with persons known and unknown to the grand jury to distribute and possess with intent to distribute a controlled substance.

2. The offense involved one kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

1. Beginning in or about 2010, and continuing until in or about 2012, in the State and Eastern District of Wisconsin,

**ALLEN W. MOTLEY, a.k.a. Allen W. Traywick-Motley, and
STEPHANIE RAMON**

knowingly and intentionally conspired with each other and with persons known and unknown to the grand jury to distribute and possess with intent to distribute a controlled substance.

2. The offense involved a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and 846, and Title 18, United States Code, Section 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On or about September 21, 2010, in the State and Eastern District of Wisconsin, ▮▮▮▮▮▮▮▮▮▮ knowingly and intentionally distributed a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES:**

On or about October 12, 2010, in the State and Eastern District of Wisconsin, ███████████████████████████ knowingly and intentionally distributed a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES:**

On or about October 19, 2010, in the State and Eastern District of Wisconsin and elsewhere, ███████████████████ knowingly and intentionally possessed with intent to distribute a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES:**

1. On or about October 19, 2010, in the State and Eastern District of Wisconsin, ███████████ who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Para 1911-GI .45 caliber pistol, bearing serial number G104028.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

21 U.S.C. §§ 841, 846 - Drug Case

## Forfeiture Notice

1.  Upon conviction of the controlled substance offense alleged in Count One of this Indictment, defendant ▓▓▓▓▓ shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

   a.   Money Judgment

A sum of money equal to $1,000,000 in United States currency, representing the amount of proceeds obtained as a result of the offense, Conspiracy to Distribute a Controlled Substance.

A TRUE BILL ▓▓▓▓▓

FOREPERSON

_____
JAMES L. SANTELLE
United States Attorney

Date

7

WIED AO 442 (Rev. 03/12) Arrest Warrant

# UNITED STATES DISTRICT COURT SEALED
for the

Eastern District of Wisconsin

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 12-CR-137 |
| STEPHANIE RAMON | ) | | |
| Defendant | ) | | |

2012 JUL 11 A 8:21

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Stephanie Ramon ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Pretrial Release Violation Petition

☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:    Conspiracy to distribute heroin. 21:841(a)(1) and (b)(1)(C), and 846, and 18:2

Date:    July 10, 2012

*Signature*

City and state:    Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: B.D. Ferrill, Deputy Clerk

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

